**No. P66/24.**—The Buhler Corp. v. United States, protests 64/21547, 64/24769, and 64/24934 (New York).

RAO, C.J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of parts essential to and dedicated to use with food preparing machinery similar in all material respects to those the subject of *Standard Milling Co.* v. *United States* (50 Cust. Ct. 53, C.D. 2388), the claim of the plaintiff was sustained.

**No. P66/25.**—Charles Garcia & Co., Inc., and Vandegrift Forwarding Co. v. United States, protests 256380–K and 222115–K (New York).

**No. P66/26.**—Markt & Hammacher Co. and Air Express International Agency, Inc., et al. v. United States, protests 324756–K, etc. (New York).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of nylon fishing line similar in all material respects to that the subject of *J. M. P. R. Trading Corp. and Alltransport, Inc.* v. *United States* (37 Cust. Ct. 324, Abstract 60183), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, APRIL 11, 1966

**No. P66/27.**—J. C. DeJong & Co., Inc., et al. v. United States, protests 64/22115, etc. (New York).

RAO, C.J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of pole ends similar in all material respects to those the subject of *J. C. DeJong & Co., Inc.* v. *United States* (52 CCPA 26, C.A.D. 852), the claim of the plaintiffs was sustained.